No. 1076. McBride, Administratrix v. United States. App. Ct. Ill., 1st Dist. Motion to dispense with printing petition granted. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Walters,* and *Crombie J. D. Garrett* for the United States.

No. 1194. Stewart v. Waterman Steamship Corp. et al. C. A. 5th Cir. Motion to dispense with printing petition granted. Certiorari denied. *Samuel C. Gainsburgh* and *Raymond H. Kierr* for petitioner. *John W. Sims* for Waterman Steamship Corp., and *Benjamin W. Yancey* and *William E. Wright* for Alcoa Steamship Co., Inc., respondents.

No. 1201. Crocker v. United States. C. A. 8th Cir. Certiorari denied. Mr. Justice Douglas is of the opinion that certiorari should be granted. *Chester A. Bruvold* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Robert G. Maysack* for the United States. *Leon Friedman, Marvin M. Karpatkin, Alan H. Levine,* and *Melvin L. Wulf* for American Civil Liberties Union et al. as *amici curiae* in support of the petition.

No. 274, Misc. Riley v. New Jersey. Sup. Ct. N. J. Certiorari denied.

No. 1034, Misc. Ortiz v. New York. Ct. App. N. Y. Certiorari denied. *William E. Hellerstein* for petitioner. *Burton B. Roberts* and *Daniel J. Sullivan* for respondent.

No. 934, Misc. Napper v. Virginia. Sup. Ct. App. Va. Certiorari denied.